IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Daniels, Jr., #319408,  ) | C/A No. 8:15-5025-MGL |
|                                 ) | C/A No. 8:16-808-MGL |
| Petitioner,                     ) | |
|                                 ) | |
| vs.                             ) | **ORDER** |
|                                 ) | |
| Warden Cartledge,               ) | |
|                                 ) | |
| Respondent.                     ) | |
| _____) | |

Petitioner is incarcerated at Perry Correctional Institution. Proceeding pro se, he responded to this Court's proper form order entered in C/A No. 8:15-5025-MGL by mailing his completed § 2254 habeas petition from the prison mail room on March 9, 2016. Thus, his response to the proper form order was timely, and the document should have been filed in C/A No. 8:15-5025-MGL. However, mistakenly the completed § 2254 habeas petition was opened as a new habeas action, C/A No. 8:16-808-MGL. Pursuant to Fed. R. Civ. P. 60, this Court will direct the Clerk of Court to vacate the dismissal order and judgment entered in C/A No. 8:15-5025-MGL [Doc. 16, 17] and reopen that action[1]; and, the recently completed § 2254 habeas petition will be filed in C/A No. 8:15-5025-MGL as an attachment to Doc. 1. The Clerk of Court will then close C/A No. 8:16-808-MGL.

Accordingly, it is ORDERED that the dismissal order and judgment entered in C/A No. 8:15-5025-MGL [Doc. 16, 17] are hereby vacated and that action is reopened; the recently completed § 2254 habeas petition shall be filed in C/A No. 8:15-5025-MGL as an attachment to Doc. 1; and, the Clerk of Court shall close C/A No. 8:16-808-MGL.

It is further ORDERED that the Clerk of Court shall file this Order in both habeas

---

[1] This Court dismissed C/A No. 8:15-5025-MGL because Petitioner had failed to respond to the proper form orders. This Court did not know that Petitioner had in fact filed a timely response to the second proper form order.

actions listed above.

**IT IS SO ORDERED**.

March 23, 2016                                                               S/Mary Geiger Lewis
Columbia, South Carolina                                            United States District Judge